**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| Aamir P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 22 CV 50219 |
| v. | ) | |
| | ) | Hon. Iain D. Johnston |
| | ) | |
| Kilolo Kijakazi, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

      On 6/22/2023 Judge Schneider recommended that the government's motion to dismiss [17] be granted. Dkt. 22. The basis of her recommendation was that the plaintiff filed suit too late. The Appeals Council letter denying his request for review was dated 9/21/2022 and advised him that he had 60 days from his receipt of that letter to file suit, with receipt assumed to be 5 days after the date of the Appeals Council's letter. That gave the plaintiff to 11/26/2022 to file suit, but he did not do so until 12/6/2022. Any objection to Judge Schneider's recommendation was due 7/6/2023, but to date he has not objected. The Court notes that the plaintiff also neglected to respond to the government's motion to dismiss, even after two sua sponte extensions of time. The Court finds no clear error with Judge Schneider's Report and Recommendation [22], and therefore adopts it. See Johnson v. Zema Systems Corp., 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."). The government's motion to dismiss [17] is granted. Civil case terminated.

Date: July 21, 2023

                                                                Iain D. Johnston
                                                                United States District Judge